IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

v.                                                    CASE NO. 4:07-cv-00401-SPM-AK

LEON COUNTY,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Motion for Leave to Proceed in forma pauperis, by Jeffery Greene. While Petitioner attached a statement of account, he failed to attach a certification of a prison official as required by the rules. Amendment is therefore necessary.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **November 19, 2007**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information and a certification by a prison official, clearly designated as an "amended" application, or pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *17th* day of October, 2007.

                 *s/ A. KORNBLUM*
                 **ALLAN KORNBLUM**
                 **UNITED STATES MAGISTRATE JUDGE**