IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

v.                                                  CASE NO. 4:07-cv-401-SPM-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## **O R D E R**

This cause is before the Court on Doc. 15, Petitioner's motion for ruling, and Doc. 16, Respondent's motion for extension of time. Respondent has stated good cause for failing to timely respond to the petition as previously ordered, and thus, Petitioner's motion for ruling is **DENIED**. Respondent has also stated good cause for requiring an extension of the previously imposed deadline, and thus, the motion for extension of time is **GRANTED**. Respondent shall file his response no later than **March 10, 2008**. Petitioner may file a reply no later than **April 10, 2008**.

**DONE AND ORDERED** this  *13th*  day of February, 2008.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**