IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

v.                                                       CASE NO. 4:07-cv-401-SPM-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Second Motion to Rule, by Jeffery Greene. The motion is **DENIED**. The cause is still being briefed, and once briefing has concluded, the case will be placed in line for decision.

**DONE AND ORDERED** this  **26**ᵗʰ  day of February, 2008.

                                     *s/ A. KORNBLUM*
                                     **ALLAN KORNBLUM**
                                     **UNITED STATES MAGISTRATE JUDGE**