IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

vs.                                     CASE NO. 4:07cv401-SPM/AK

JAMES MCDONOUGH,

    Respondent.

_____/

## ORDER

This cause is before the Court on Respondent's second motion for extension of time to file his response to the petition for writ of habeas corpus, Doc. 20, and Petitioner's third motion to rule.  Doc. 21.

Having carefully considered the matter, it is **ORDERED**:

That the motion for extension of time, Doc. 20, is **GRANTED**;

That Respondent shall file its response no later than **April 10, 2008**;

**THAT NO FURTHER EXTENSIONS WILL BE GRANTED TO RESPONDENT IN THIS MATTER**;

That the motion to rule, Doc. 21, is **DENIED**.

**SO ORDERED** this  *12th*  day of March, 2008.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**