# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

vs.                                       CASE NO. 4:07cv401-SPM/AK

JAMES MCDONOUGH,

    Respondent.

_____/

## ORDER

This cause is before the Court on Petitioner's fourth motion to rule. Doc. 23. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**. By separate order, Respondent was granted a final opportunity to respond to the petition, and that final deadline has not expired. *See* Doc. 22.

**SO ORDERED** this **19th** day of March, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**