IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY GREENE,

    Petitioner,

vs.                          CASE NO.: 4:07cv401-SPM/AK

JAMES MCDONOUGH, et al.,

    Respondents.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION
AND OBJECTION AND APPEAL**

    This cause comes before the Court on Petitioner Jeffrey Greene's Motion for Reconsideration and Objection and Appeal (doc. 32) of the Magistrate Judge's order (doc. 29) granting Respondents' motion for protective order.

    A district court judge may reconsider pretrial matters that have been referred to a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. 636(b)(1)(A). Under this standard, the court will affirm the magistrate judge's order unless the court has a definite and firm conviction that error has occurred. Linea Navira De Cabotaje, C.A. v. Mar Caribe De Navegacion, C.A., 169 F.Supp.2d 1341, 1355 (M.D. Fla. 2001).

In this case, no error has occurred.  The magistrate judge's order appropriately seals certain documents to protect private information.  Contrary to Petitioner's assumption, the documents have not been altered and they are available for the Court to review.  The sealing of the documents does not prejudice Petitioner's ability to argue his claims.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Reconsideration and Objection and Appeal (doc. 32) is denied.

DONE AND ORDERED this 5th day of June 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:07cv401-SPM/AK